| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
4700 South Ashland LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
20-3979797

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4700 S. Ashland<br>Chicago, IL 60609 | 500 W. Superior St., Suite 1407<br>Chicago, IL 60654 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor   **4700 South Ashland LLC**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Case 19-30473   Doc 1   Filed 10/25/19   Entered 10/25/19 16:37:57   Desc Main
Document   Page 3 of 11

10/25/19  4:36PM

Debtor **4700 South Ashland LLC**
Name

Case number (*if known*)

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49       ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000                  ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000             ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000                  ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000             ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor   **4700 South Ashland LLC**                                              Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 25, 2019**
              MM / DD / YYYY

X **/s/ Patrick Kane**                                          **Patrick Kane**
Signature of authorized representative of debtor                 Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ JEFFREY C. DAN**                                        Date **October 25, 2019**
Signature of attorney for debtor                                      MM / DD / YYYY

**JEFFREY C. DAN**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**           Email address   **jdan@cranesimon.com**

**06242750 IL**
Bar number and State

Debtor  **4700 South Ashland LLC**                                     Case number (if known) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 25, 2019**
              MM / DD / YYYY

X _____                    **Patrick Kane**
Signature of authorized representative of debtor      Printed name

Title   **Manager**

**18. Signature of attorney**

X _____                    Date   **October 25, 2019**
Signature of attorney for debtor                             MM / DD / YYYY

**JEFFREY C. DAN**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**         Email address   **jdan@cranesimon.com**

**06242750 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **4700 South Ashland LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anna Nalls CPA PC**<br>**3415 Church St.**<br>**Evanston, IL 60203** | | | | | | $0.00 |
| **City of Chicago**<br>**121 N. LaSalle St.**<br>**Chicago, IL 60602** | | | Disputed | | | $0.00 |
| **Illinois Secretary of State**<br>**213 State Capitol**<br>**Springfield, IL 62756** | | | | | | $100.00 |
| **Robert Chapman**<br>**Chapman Spingola LLP**<br>**190 S. LaSalle St., #3850**<br>**Chicago, IL 60603** | | | | | | $5,890.00 |
| **William J. Kane**<br>**1700 Landmark Road**<br>**Aurora, IL 60502** | | | | | | $25,000.00 |
| **William Platt**<br>**Erwin Law LLC Attn: Daniel Hawkins**<br>**4043 N. Ravenswood Ave., #208**<br>**Chicago, IL 60613** | | | Disputed | | | $122,791.16 |

# United States Bankruptcy Court
## Northern District of Illinois

In re: **4700 South Ashland LLC**                                                  Case No.
                                         Debtor(s)                                 Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **10**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 25, 2019**                          **/s/ Patrick Kane**
                                                      **Patrick Kane**/**Manager**
                                                      Signer/Title

# United States Bankruptcy Court
### Northern District of Illinois

In re: **4700 South Ashland LLC**　　　　Debtor(s)

Case No.　_____
Chapter　**11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:　　**10**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 25, 2019**

　　　　　　　　_Patrick Kane/Manager_
　　　　　　　　Signer/Title

Anna Nalls CPA PC
3415 Church St.
Evanston, IL 60203

City of Chicago
121 N. LaSalle St.
Chicago, IL 60602

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

First Midwest Bank, as successor in
interest to Bridgeview Bank Group
200 N. LaSalle St.
Chicago, IL 60601

Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

Jillian Cole
Taft Stettinius & Hollister LLP
111 E. Wacker Dr., #2800
Chicago, IL 60601

Patrick Kane
500 W. Superior St., #1407
Chicago, IL 60654

Robert Chapman
Chapman Spingola LLP
190 S. LaSalle St., #3850
Chicago, IL 60603

William J. Kane
1700 Landmark Road
Aurora, IL 60502

William Platt
Erwin Law LLC Attn: Daniel Hawkins
4043 N. Ravenswood Ave., #208
Chicago, IL 60613

# United States Bankruptcy Court
### Northern District of Illinois

In re: **4700 South Ashland LLC**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **4700 South Ashland LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ashland Real Property Holdings, LLC**

**PF Holdings (4700 Ashland) LLC**

☐ None [*Check if applicable*]

| | |
|---|---|
| **October 25, 2019** | **/s/ JEFFREY C. DAN** |
| Date | **JEFFREY C. DAN** |
| | Signature of Attorney or Litigant |
| | Counsel for **4700 South Ashland LLC** |
| | **Crane, Simon, Clar & Dan** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777 Fax:312-641-7114** |
| | **jdan@cranesimon.com** |

# United States Bankruptcy Court
## Northern District of Illinois

In re: __4700 South Ashland LLC__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __4700 South Ashland LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ashland Real Property Holdings, LLC**

**PF Holdings (4700 Ashland) LLC**

☐ None [*Check if applicable*]

**October 25, 2019**
Date

*/s/ Jeffrey C. Dan*
JEFFREY C. DAN
Signature of Attorney or Litigant
Counsel for __4700 South Ashland LLC__
Crane, Simon, Clar & Dan
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114
jdan@cranesimon.com