UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-30473 |
| 4700 South Ashland, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Dismissal Order

This case coming to be heard on the Motion of First Midwest Bank, as successor-in-interest to for dismissal of the Chapter 11 Bankruptcy Case of Debtor, 4700 South Ashland, LLC, pursuant to 11 U.S.C. 1112(b), due notice given, and the Court fully advised in the premises;

IT IS ORDERED:

The case is dismissed with prejudice for the Debtor's lack of good faith in filing this case.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  June 04, 2020

**Prepared by:**

Jillian S. Cole  (ARDC #6279025)
Taft Stettinius & Hollister LLP
111 E. Wacker, Suite 2800 Chicago, Illinois 60601
(312) 527-4000 | jcole@taftlaw.com